FILED
DISTRICT COURT OF GUAM
OCT 19 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT OF GUAM

07-00029

| | |
|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION, | CIVIL CASE NO. _____ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| LPP MORTGAGE LTD., | |
| Defendant. | |

On October 19, 2007, on behalf of LPP MORTGAGE LTD., I caused service of the **NOTICE OF REMOVAL and DECLARATION OF MARK S. BEGGS** to the following:

CALVO & CLARK, LLP.
655 South Marine Corps Drive
Tamuning, Guam 96910

Executed on this 19th day of October, 2007.

By: _____
JThomas San Nicolas

MSB/met F#BBC038

ORIGINAL