ARTHUR B. CLARK, ESQ.
JANALYNN CRUZ DAMIAN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Plaintiff
JJ Pacific Development Corporation

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LPP MORTGAGE LTD.,<br><br>　　　　　Defendant. | CIVIL CASE NO. 07-00029<br><br>**SUMMONS** |

TO: LPP MORTGAGE LTD., DEFENDANT

　　　　A lawsuit has been filed against you.

　　　　Within twenty (20) days after the service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Calvo & Clark, LLP, whose address is 655 South Marine Corps Drive, Suite 202, Tamuning, Guam 96913. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　DATED this ____ day of December, 2007.

JEANNE G. QUINATA
CLERK OF COURT
DISTRICT COURT OF GUAM

**ACKNOWLEDGED RECEIPT**
Sign: [signature]
Print: MIKE PEREZ
Date: 12/11/07

/s/ Francine A. Diaz
By:_____
DEPUTY CLERK