1  ARTHUR B. CLARK, ESQ.
   JANALYNN CRUZ DAMIAN, ESQ.
2  CALVO & CLARK, LLP
   Attorneys at Law
3  655 South Marine Corps Drive, Suite 202
   Tamuning, Guam 96913
4  Telephone:    (671) 646-9355
   Facsimile:    (671) 646-9403
5
   Attorneys for Plaintiff
6  JJ Pacific Development Corporation

**FILED**
DISTRICT COURT OF GUAM

DEC 2 8 2007

**JEANNE G. QUINATA**
**Clerk of Court**

7

8                IN THE DISTRICT COURT OF GUAM

9  JJ PACIFIC DEVELOPMENT              )    CIVIL CASE NO. 07-00029
   CORPORATION,                       )
10                    Plaintiff,       )
                                       )    **RETURN OF SERVICE**
11        vs.                          )
                                       )
12  LPP MORTGAGE LTD.,                 )
                                       )
13                    Defendant.       )
                                       )

14

15        I, MICHAEL J. PEREZ, declare as follows:

16        1.    That I am a citizen of the United States of America, over the age of eighteen (18)

17  years, not interested in the above-entitled case, and am in no way disqualified from testifying as a

18  witness.

19        2.    That on the 19th day of December, 2007, I personally served on Defendant LPP

20  Mortgage Ltd., by and through its registered agent and counsel of record, Mark S. Beggs, Esq., whose

21  address is McCully & Beggs, P.C., 139 Murray Boulevard, Suite 200, Hagåtña, Guam 96910, a true and

22  correct copy of the Summons and Complaint.

23        I declare under the penalty of perjury under the laws of the United States of America that

24  the foregoing information is true and correct.

25        Executed this 2?  day of December, 2007.

26

27

28                              _____
                                MICHAEL J. PEREZ

G0027780.WPD;1                                                              1

ORIGINAL

1   ARTHUR B. CLARK, ESQ.
    JANALYNN CRUZ DAMIAN, ESQ.
2   CALVO & CLARK, LLP
    Attorneys at Law
3   655 South Marine Corps Drive, Suite 202
    Tamuning, Guam 96913
4   Telephone:   (671) 646-9355
    Facsimile:    (671) 646-9403
5
    Attorneys for Plaintiff
6   JJ Pacific Development Corporation

7

8               IN THE DISTRICT COURT OF GUAM

9   JJ PACIFIC DEVELOPMENT     )   CIVIL CASE NO. 07-00029
    CORPORATION,             )
10              Plaintiff,    )
                            )   **SUMMONS**
11         vs.                  )
                            )
12   LPP MORTGAGE LTD.,        )
                            )
13              Defendant.   )
    _____)
14

15   TO: LPP MORTGAGE LTD., DEFENDANT

16           A lawsuit has been filed against you.

17           Within twenty (20) days after the service of this summons on you (not counting the day

18 you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under

19 Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's

20 attorney, Calvo & Clark, LLP, whose address is 655 South Marine Corps Drive, Suite 202, Tamuning,

21 Guam 96913. If you fail to do so, judgment by default will be entered against you for the relief

22 demanded in the complaint. You also must file your answer or motion with the court.

23           DATED this 11th day of December, 2007.

24

25                             JEANNE G. QUINATA
                                CLERK OF COURT
26                                 DISTRICT COURT OF GUAM

27

28                           By: _____
                                  DEPUTY CLERK

G0025661.WPD;2

1

ORIGINAL