ARTHUR B. CLARK, ESQ.
JANALYNN CRUZ DAMIAN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Plaintiff
JJ Pacific Development Corporation

FILED
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION,<br>　　　　Plaintiff and<br>　　Counterclaim Defendant,<br><br>　　　　　vs.<br><br>LPP MORTGAGE LTD.,<br>　　　　Defendant and<br>　　Counterclaim Plaintiff. | CIVIL CASE NO. 07-00029<br><br>**REPLY TO COUNTERCLAIMS** |

## **REPLY**

COMES NOW, Plaintiff and Counterclaim Defendant JJ Pacific Development Corporation ("Plaintiff"), by and through its undersigned counsel, and replies to the Counterclaims filed by Defendant and Counterclaim Plaintiff LPP Mortgage Ltd. ("Defendant") on December 26, 2007 as follows:

1. Plaintiff admits the allegations contained in paragraphs 1, 3, 4, and 5.

2. Plaintiff denies the allegations contained in paragraphs 7-12, 16, 17, 19, 20 and 22.

3. With regard to paragraph 2, Plaintiff lacks sufficient information and belief as to the allegations therein, and basing its denial thereon, denies generally and specifically each and every allegation therein.

4. With regard to paragraph 6, Plaintiff lacks sufficient information and belief as to the allegations therein, and basing its denial thereon, denies generally and specifically each and every allegation therein.

5. With regard to paragraph 14, Plaintiff admits that JJ Pacific has recorded a Notice of *Lis Pendens* against the Property. In the Notice of *Lis Pendens* JJ Pacific claims a lien on the title of the Property. Plaintiff denies the remaining allegations in said paragraph.

6. Plaintiff reasserts its responses to paragraphs 1 through 12 in response to paragraphs 13, 15, 18, and 21.

7. Plaintiff generally and specifically denies each and every allegation not herein specifically admitted to by Plaintiff.

## AFFIRMATIVE DEFENSES

Plaintiff asserts the following affirmative defenses:

1. Defendant has no right to seek relief in any court of Guam because of its failure to obtain the necessary business license required by Guam law.

2. Defendant is barred from obtaining any relief because it failed to give the notices required by the Mortgage.

3. Defendant is barred from obtaining any relief because Plaintiff has a right of redemption under Guam law.

4. Defendant is barred from obtaining any relief because Defendant has acted in bad faith.

5. Defendant is barred from obtaining any relief because Defendant has breached the covenant of good faith and fair dealing.

6. Defendant is barred from obtaining any relief because deficiency judgment is not allowed.

7. Defendant is barred from obtaining any relief under the doctrines of waiver and estoppel.

8. Defendant is barred from obtaining any relief because it failed to perfect its rights under the Mortgage.

9. Defendant is barred from obtaining any relief because it failed to perform the conditions under the Mortgage.

10. To the extent that Defendant is found to have been damaged by Plaintiff, Plaintiff is entitled to off-set such damages by damages caused by Defendant.

11. Defendant has failed to properly state a claim upon which relief can be granted.

12. Plaintiff reserves the right to assert other affirmative defenses as this case and discovery proceeds.

WHEREFORE, Plaintiff prays that Defendant takes nothing by its Counterclaims.

Respectfully submitted this 15th day of January, 2008.

CALVO & CLARK, LLP
Attorneys at Law
Attorneys for Plaintiffs

By: _____
JANALYNN CRUZ DAMIAN