ARTHUR B. CLARK, ESQ.
JANALYNN CRUZ DAMIAN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Plaintiff
JJ Pacific Development Corporation

FILED
DISTRICT COURT OF GUAM
JAN 15 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION,<br>　　Plaintiff and<br>　　Counterclaim Defendant,<br>vs.<br>LPP MORTGAGE LTD.,<br>　　Defendant and<br>　　Counterclaim Plaintiff. | CIVIL CASE NO. 07-00029<br><br>**CERTIFICATE OF SERVICE** |

I, **BERNARD J. MENDOZA**, do certify and state that:

1. I am a citizen of the United States of America, over the age of eighteen years, not interested in the above-entitled case, and am in no way disqualified from testifying as a witness;

2. I am employee of Calvo & Clark, LLP; and

3. That on the 15th day of January, 2008, I personally served a true and correct copy of Plaintiff JJ Pacific Development Corporation's Reply to Counterclaims upon following:

Attorney for Defendant and Counterclaim Plaintiff LPP Mortgage Ltd.

> Mark S. Beggs, Esq.
> McCully & Beggs, P.C.
> 139 Murray Boulevard, Suite 200
> Hagåtña, Guam 96910

I declare under penalty of perjury under the laws of Guam (6 G.C.A. § 4308) that the foregoing is true and correct.

Executed this 15th day of January, 2008, in Tamuning, Guam.

BERNARD J. MENDOZA