# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LPP MORTGAGE LTD.,<br><br>　　　　Defendant. | CIVIL CASE NO. 07-00029<br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE　　　( ) PRELIMINARY PRETRIAL CONFERENCE
　　　January 17, 2008, at 10:03 a.m.

( ) FINAL PRETRIAL CONFERENCE　　( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was James W. Hofman, II. Appearing on behalf of the Defendant was Mark S. Beggs.

　　Judge Manibusan and the parties discussed the dates and deadlines in the proposed scheduling order. After making minor revisions, Judge Manibusan signed the proposed order.

　　The conference concluded at 10:15 a.m.

　　Dated: January 17, 2008.

**Prepared by:** Judith P. Hattori
　　　　　　　　Law Clerk