IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> LPP MORTGAGE LTD., <br><br> Defendant & | CIVIL CASE NO. 07-00029 <br><br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate that all claims and counterclaims are dismissed with prejudice. Each party shall bear its own fees and costs.

CALVO & CLARK, LLP        McCULLY & BEGGS, P.C.

_____    _____
Attorneys for Plaintiff    Attorneys for Defendant
By: Arthur B. Clark         By: Mark S. Beggs

Dated: 6/23/08              Dated: 6-23-08

f# BBC-38

ORIGINAL