**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100**

| | | |
|---|---|---|
| JJ PACIFIC DEVELOPMENT CORPORATION, | ) ) ) | Civil Case No. 07-00029 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LPP MORTGAGE LTD., | ) ) ) | **J U D G M E N T** |
| Defendant. | ) ) | |

Judgment is hereby entered in accordance with the Stipulation of Dismissal with Prejudice filed June 23, 2008.

Dated: 24 June 2008 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quianta**